*This opinion is subject to administrative correction before final disposition.*

# United States Navy–Marine Corps
# Court of Criminal Appeals

Before
HITESMAN, GASTON, and GEIS,
Appellate Military Judges

———————————————

**UNITED STATES**
Appellee

**v.**

**Garyn S. KICKHAEFER**
Private First Class (E-2), U.S. Marine Corps
Appellant

**No. 201900124**

Decided: 14 November 2019.

Appeal from the United States Navy-Marine Corps Trial Judiciary. Military Judge: Commander Ryan J. Stormer, JAGC, USN. Sentence adjudged 4 January 2019 by a special court-martial convened at Marine Corps Base Quantico, Virginia, consisting of a military judge sitting alone. Sentence approved by the convening authority: reduction to E-1, confinement for 10 months,[1] and a bad-conduct discharge.

For Appellant: Captain Kimberly D. Hinson, JAGC, USNR.

For Appellee: Brian K. Keller, Esq.

———————————————

**This opinion does not serve as binding precedent under
NMCCA Rule of Appellate Procedure 30.2(a).**

———————————————

---

[1] The convening authority suspended confinement in excess of 6 months pursuant to a pretrial agreement.

PER CURIAM:

After careful consideration of the record, submitted without assignment of error, we have determined that the findings and sentence are correct in law and fact and that no error materially prejudicial to the appellant's substantial rights occurred. Articles 59 and 66, UCMJ, 10 U.S.C. §§ 859, 866.

The findings and sentence are **AFFIRMED**.

FOR THE COURT:

RODGER A. DREW, JR.
Clerk of Court